# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| SARAH ANGELES, individually and on behalf of all others similarly situated a/k/a Sarah Farber, | ) ) ) ) | CASE NO. 5:20-cv-1682 |
| PLAINTIFF, | ) ) | JUDGE SARA LIOI |
| vs. | ) ) ) ) | ORDER |
| CONRAD CREDIT CORPORATION, | ) ) | |
| DEFENDANT. | ) | |

Counsel having advised the Court that the case has settled, this case hereby is dismissed with prejudice. Any and all releases, agreements or judgment entries necessary to comply with this settlement shall be executed by the interested parties.

A final agreed entry, approved by counsel for all parties, shall be filed with the Court on or before May 17, 2021. The Court retains jurisdiction to resolve disputes concerning the memorialization of the settlement agreement in this matter.

This case hereby is closed.

**IT IS SO ORDERED**.

Dated: March 17, 2021

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**